FOLGER LEVIN & KAHN LLP
Douglas W. Sullivan (SB# 088136)
Andrew J. Davis (SB# 203345)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff Menlo Logistics, Inc.

FILED

JUL 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENLO LOGISTICS, INC., a Delaware corporation, ,<br><br>Plaintiff,<br><br>v.<br><br>GAINEY TRANSPORTATION SERVICES, INC., a Michigan corporation,<br><br>Defendant. | Case No. C 03-02560 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING SETTLEMENT CONFERENCE** |

WHEREAS, on May 26, 2005, United States Magistrate Judge Elizabeth D. Laporte issued a Notice of Settlement Conference and Settlement Conference Order directing the parties to attend a settlement conference on July 27, 2005 at 9:00 a.m.; and

WHEREAS, a compelling reason to continue the settlement conference exists because the party representative from Plaintiff Menlo Logistics, Inc. ("Menlo") is unavailable on July 27, 2005; and

WHEREAS, the parties have agreed that August 9, 2005 at 1:30 p.m. is a mutually convenient date on which to hold the settlement conference,

IT IS HEREBY STIPULATED by the parties through undersigned counsel that they request the Court to continue the settlement conference from July 27, 2005 to August 9, 2005, at

1:30 p.m., and further request that the Court direct the parties to deliver directly to the Magistrate Judge Confidential Settlement Conference Statements, on or before July 29, 2005.

Dated: July 7, 2005

FOLGER LEVIN & KAHN LLP

Andrew J. Davis
Attorneys for Plaintiff Menlo Logistics, Inc.

Dated: July ____, 2005

VARNUM, RIDDERING, SCHMIDT & HOWLETT, LLP

Kevin Abraham Rynbrandt
Attorneys for Defendant Gainey Transportation, Inc.

### Order

On consideration of the foregoing, good cause being shown,

**IT IS HEREBY ORDERED** that the settlement conference will be continued from July 27, 2005 to August 9, 2005, at 1:30 p.m. On or before July 29, 2005, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which should not be filed with the Clerk of the Court or served upon other parties.

Dated: July 12, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge

65021\2009\449212.1

1  1:30 p.m., and further request that the Court direct the parties to deliver directly to the Magistrate

2  Judge Confidential Settlement Conference Statements, on or before July 29, 2005.

3  Dated: July ____, 2005                                FOLGER LEVIN & KAHN LLP

                                                        Andrew J. Davis
                                                        Attorneys for Plaintiff Menlo Logistics, Inc.

8  Dated: July _6_, 2005                                GORDON & REES LLP

                                                        /s/ Jodie Feusner
                                                        Jodie Feusner
                                                        Attorneys for Defendant Gainey Transportation, Inc.

### Order

On consideration of the foregoing, good cause being shown,

**IT IS HEREBY ORDERED** that the settlement conference will be continued from July 27, 2005 to August 9, 2005, at 1:30 p.m. On or before July 29, 2005, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which should not be filed with the Clerk of the Court or served upon other parties.

Dated: July ____, 2005

                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge

Gainey_Menlo- Stipulation and Proposed Order Continuing Settlement Conference