# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MENLO LOGISTICS, INC.,
a Delaware corporation,

        Plaintiff(s),

vs.

GAINEY TRANSPORTATION SERVICES, INC., a Michigan corporation,

        Defendant(s).

Case No. 3:03-cv-02560 JSW

[PROPOSED]
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

___Adam J. Brody___, an active member in good standing of the bar of ___State of Michigan___, whose business address and telephone number is ___Varnum, Riddering, Schmidt & Howlett LLP, 333 Bridge Street, N.W., Grand Rapids, MI 49504,___ Phone No. (616) 336-6000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ___Defendant Gainey___,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 8 8 2005

                                  United States District/Magistrate Judge