UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MENLO LOGISTICS, INC.,

    Plaintiff,

    v.

GAINEY TRANSPORTATION,

    Defendant.
_____/

No. C 03-02560 JSW (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated August 4, 2005, plaintiff's counsel requested the client representative of Menlo Logistics, Inc. to be excused from personally appearing at the settlement conference scheduled for August 9, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that David Cooper be available by telephone from 1:30 p.m. Pacific Standard Time until further notice on August 9, 2005.

If the Court concludes that the absence of David Cooper is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: August 8, 2005

                                                */s/ Elizabeth D. Laporte*
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge