1  KEVIN ABRAHAM RYNBRANDT
   ADAM J. BRODY
2  VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
   Bridgewater Place, PO Box 352,
3  Grand Rapids, MI, 49501-0352
4  Phone: (616) 336-6000
   Fax:   (616) 336-7000
5

6  OF COUNSEL FOR DEFENDANT,
   GAINEY TRANSPORTATION SERVICES, INC.
7
   FOLGER LEVIN & KAHN LLP
8  Douglas W. Sullivan (SB# 088136)
   Andrew J. Davis (SB# 203345)
9  Embarcadero Center West
   275 Battery Street, 23rd Floor
10 San Francisco, CA  94111
   Telephone: (415) 986-2800
11 Facsimile: (415) 986-2827

12 Attorneys for Plaintiff Menlo Logistics, Inc.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 MENLO LOGISTICS, INC.,
17 a Delaware corporation,

18                    Plaintiff,                Case No. 3:03-cv-02560 JSW

19        v.

20

21 GAINEY TRANSPORTATION SERVICES, INC.,   VOIR DIRE QUESTIONS
   a Michigan corporation,
22

23                    Defendant.

The parties respectfully request that this Court include the following inquiries of the jury during its preliminary voir dire questioning:

**Jury History**

1. Has anyone served as a juror before?

    a. If so, did you serve in connection with a criminal case or a civil case?
    b. What was the issue in the case?
    c. Did you and your fellow jurors reach a verdict? If so, what verdict did you reach?

**Background**

2. Where do you live?

3. How long have you lived there?

4. Are you married?

5. Do you have children?

6. Did you attend college?

7. Did you get a degree past college?

8. Are you employed outside the home?

    a. Where?
    b. How long have you worked there?
    c. What is your position?

9. Is your spouse employed?

    a. Where?
    b. How long have you worked there?
    c. What is his/her position?

10. With respect to children:

    a. Are any employed?
    b. Doing what?

2

**Relation to the Parties or Attorneys**

11. Are you familiar with the Plaintiff, Menlo Logistics, Inc.?

    a. Do you or someone in your family work for Menlo Logistics or any company related to Menlo Logistics?
    b. Does anyone you know work for Menlo Logistics or any company related to Menlo Logistics? If so, who?

12. Menlo Logistics is represented by the law firm of Folger, Levin & Kahn.

    a. Is anyone familiar with Folger, Levin & Kahn?
    b. Do you or someone in your family work for Folger, Levin & Kahn?
    c. Does anyone know any lawyer that works for Folger, Levin & Kahn?
    d. Does anyone know anyone who is not a lawyer, but works for Folger, Levin & Kahn?
    e. Does anyone know the specific attorney working on this case?

        i. Drew Davis
        ii. Doug Sullivan

13. Are you familiar with the Defendant, Gainey Transportation Services, Inc.?

    a. Do you or someone in your family work for Gainey Transportation or any company related to Gainey Transportation?
    b. Does anyone know someone who works for Gainey Transportation or any company related to Gainey Transportation?

14. Gainey Transportation is represented by the law firm of Varnum, Riddering, Schmidt & Howlett, LLP from Grand Rapids, Michigan.

    a. Is anyone familiar with Varnum, Riddering?
    b. Do you or someone in your family work for Varnum, Riddering?
    c. Does anyone know any lawyer that works for Varnum, Riddering?
    d. Does anyone know anyone who is not a lawyer, but works for Varnum, Riddering?
    e. Does anyone know the specific attorneys working on this case?

        i. Kevin Rynbrandt
        ii. Adam Brody
        iii. Krista Hoekstra
        iv. Krista Taylor

15. Gainey Transportation is also represented by the law firm of Gordon & Rees.

3

VOIR DIRE QUESTIONS
CASE NO. 3:03-CV-02560 JSW

      a.    Is anyone familiar with Gordon & Rees?
      b.    Do you or someone in your family work for Gordon & Rees?
      c.    Does anyone know any lawyer that works for Gordon & Rees?
      d.    Does anyone know anyone who is not a lawyer, but works for Gordon & Rees?
      e.    Does anyone know the specific attorneys working on this case?

           i.    Stephen Brooks
           ii.   Jodie Feusner

16.    Are you familiar with the Hewlett Packard?

      a.    Do you or someone in your family work for Menlo Logistics or any company related to HP?
      b.    Does anyone know someone who works for Menlo Logistics or any company related to HP?
      c.    Does anyone have a connection to HP that is more than a customer?

17.    During this trial, both sides will call witnesses. Does anyone know any of the following witnesses?

      a.    Barry Haigh
      b.    Andy Sievers
      c.    Bruce Tourison
      d.    Cameron Roberts
      e.    Grant Keyser
      f.    John Heil
      g.    David Ortega
      h.    Steven Keller
      i.    Tim Kelly
      j.    Daniel Lavetta
      k.    Mitch Parsons
      l.    Harvey Gainey
      m.   Fernando Perez
      n.    Steven Thomas
      o.    Randy Giovanetti
      p.    Brent Jordan
      q.    Cecil Hall

**Employment History**

18.    Are you currently employed?

4

      a.    Who is your current employer?
      b.    What are your job responsibilities?
      c.    How long have you been with that employer?
      d.    How long have you been at that position?

19.    Is your spouse currently employed?

      a.    Who is his/her current employer?
      b.    What are his/her job responsibilities?
      c.    How long have he/she been with that employer?
      d.    How long have he/she been at that position?

20.    Has anyone ever been employed in the trucking industry or employed in a way that you dealt with the trucking industry?

      a.    What type of company did you work for?

            i.    As a shipper?
            ii.   As a broker?
            iii.  As a carrier?

      b.    What was your position?

            i.    As a truck driver?

      c.    What were your responsibilities?
      d.    Did you ever deal with the theft of a load of cargo?
      e.    Has any family member or close friend ever been employed in the trucking industry or employed in a way that you dealt with a trucking company?

            i.    If so, who?
            ii.   What type of company did this person work for?
            iii.  What was this person's position and responsibilities?
            iv.  Did this person work as a truck driver?
            v.   Did this person ever deal with the theft of a load of cargo?

21.    Have you or any member of your family ever been employed in the security business?

      a.    What type of company did you work for?
      b.    What were your responsibilities?
      c.    Did you establish security policies?

5

**Theft**

22. Have you or any member of your family ever been involved in a car or truck theft?

    a. What were the circumstances?

23. Have you or any member of your family ever been involved with a shipment of products or cargo that was stolen?

    a. What were the circumstances?

**Litigation Experience**

24. Have your or a member of your family been involved in a lawsuit? Has your employer or a member of your family's employer been involved in a lawsuit in which you or a member of your family were directly involved?

    a. What type of lawsuit?

        i. Was it criminal or civil?

    b. Were you the Plaintiff or the defendant?
    c. What was the case about?
    d. What was the outcome?

25. Have your or a member of your family testified in a lawsuit?

    a. What type of lawsuit?

        i. Was it criminal or civil?

    b. Were you the Plaintiff or the defendant?
    c. What was the case about?

**General**

26. Will any of you be prejudiced against either party for any reason?

27. Do all of you understand that you should not make your decision in this case until you have heard all of the evidence presented by both parties?

28. This trial is expected to take three to five days. Does this present a substantial hardship for you? (If so, please explain.)

29. Do any of you have any hearing or vision impairments that may affect your ability to consider the evidence in this case? (If so, please explain.)

**Disputes**

30. Have you, or a family member ever been involved in a contract dispute?

   a. What type of dispute?
   b. How was it resolved?

31. Have you or any member of your family ever been accused of negligence?

   a. If so, what were the circumstances?

RESPECTFULLY SUBMITTED

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Attorneys for Defendant, Gainey Transportation Services, Inc.

Dated: September 26, 2005     By:  s/Kevin Abraham Rynbrandt
                                   Kevin Abraham Rynbrandt
                                   Adam J. Brody
                              Business Address/Telephone:
                                   Bridgewater Place, P.O. Box 352
                                   Grand Rapids, MI 49501-0352
                                   Telephone: (616) 336-6000
                                   Facsimile: (616) 336-7000


FOLGER, LEVIN & KAHN LLP
Attorneys for Plaintiff Menlo Logistics, Inc.

Dated: September 26, 2005     By:       s/ Andrew J. Davis
                                   Douglas W. Sullivan (SB # 088136)
                                   Andrew J. Davis (SB# 203345)
                              Business Address/Telephone:
                                   Embarcadero Center West
                                   275 Battery Street, 23rd Floor
                                   San Francisco, CA 94111
                                   Telephone: (415) 986-2800
                                   Facsimile: (415) 986-2827

#1167446