KEVIN ABRAHAM RYNBRANDT
ADAM J. BRODY
VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Bridgewater Place, PO Box 352,
Grand Rapids, MI, 49501-0352
Phone: (616) 336-6000
Fax:    (616) 336-7000

OF COUNSEL FOR DEFENDANT,
GAINEY TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENLO LOGISTICS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GAINEY TRANSPORTATION SERVICES, INC., a Michigan corporation, <br><br> Defendant. | Case No. 3:03-cv-02560 JSW <br><br> ~~PROPOSED~~ ORDER ON DEFENDANT GAINEY TRANSPORTATION SERVICES INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |

After considering Gainey Transportation Services, Inc.'s Motion for Leave to File Motion for Reconsideration and all other matters presented to this Court,

IT IS HEREBY ORDERED THAT THE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION IS ~~GRANTED~~. DENIED. Gainey has not shown that reconsideration is warranted under Local Rule 7-9(b)(1)-(3).

Dated: September 29, 2005

*Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

PROPOSED ORDER ON DEFENDANT GAINEY TRANSPORTATION SERVICES INC.'S MOTION FOR LEAVE
TO FILE MOTION FOR RECONSIDERATION
CASE NO. 3:03-CV-02560 JSW