IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MENLO LOGISTICS INC.,

    Plaintiff,                                              No. C 03-02560 JSW

    v.                                                       **ORDER**

GAINEY TRANSPORTATION SERVICES,

    Defendant.
_____/

       On September 30, 2005, this matter was settled at a settlement conference. The parties are hereby ordered to file a stipulation and proposed order of dismissal by no later than November 14, 2005 or this Court will *sua sponte* dismiss the matter.

       **IT IS SO ORDERED.**

Dated: October 25, 2005

                                                                           JEFFREY S. WHITE
                                                                           UNITED STATES DISTRICT JUDGE