```
 1  FOLGER LEVIN & KAHN LLP
    Douglas W. Sullivan (SB# 088136)
 2  Andrew J. Davis (SB# 203345)
    Embarcadero Center West
 3  275 Battery Street, 23rd Floor
    San Francisco, CA 94111
 4  Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
 5
    Attorneys for Plaintiff Menlo Logistics, Inc.
 6
    VARNUM, RIDDERING, SCHMIDT & HOWLETT
 7  LLP
    Kevin Abraham Rynbrandt
 8  Adam J. Brody
    Bridgewater Place, PO Box 352,
 9  Grand Rapids, MI, 49501-0352
    Phone: (616) 336-6000
10  Fax:   (616) 336-7000

11  OF COUNSEL FOR DEFENDANT,
    GAINEY TRANSPORTATION SERVICES, INC.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENLO LOGISTICS, INC., a Delaware corporation, ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAINEY TRANSPORTATION SERVICES, INC., a Michigan corporation,<br><br>　　　　Defendant. | Case No. C 03-02560 JSW<br><br>**STIPULATION OF DISMISSAL AND** ~~**PROPOSED**~~ **ORDER**<br><br>Place:　Before the Honorable Jeffery S. White, Courtroom 2, 17th Floor |

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice according to the terms of the settlement entered at the September 30, 2005 Settlement Conference before United States Magistrate Judge Elizabeth D. Laporte, as reflected in the written Settlement Agreement between the parties entered on or about October 24, 2005.

Dated: November 8, 2005    FOLGER LEVIN & KAHN LLP

/s/
Andrew J. Davis
Attorneys for Plaintiff Menlo Logistics, Inc.

Dated: November 8, 2005    VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

/s/
Kevin Abraham Rynbrandt
Attorneys for Defendant Gainey Transportation Services, Inc.

### ORDER

On consideration of the foregoing,

**IT IS HEREBY ORDERED** that the action is dismissed with prejudice.

Dated: November 10, 2005

Honorable Jeffery S. White
United States District Court Judge

65021\2009\467056.1

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL; CASE NO.: C 03-02560 JSW
- 2 -